ACCEPTED
15-25-00083-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/16/2025 5:15 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00083-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/16/2025 5:15:24 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

DR. ROBERT TAFEL, *et al.*

V.

D.S.L.

MOTION FOR VOLUNTARY DISMISSAL

Appellants Dr. Robert Tafel, *et al*. no longer wish to pursue this interlocutory appeal. They ask that the Court dismiss this appeal. Because this is an interlocutory appeal, and no other party seeks relief, there is no need for further action of the Court other than dismissal. Tex. R. App. P. 42.1(a)(1). As is explained more fully in the Certificate of Conference, I cannot represent whether or not this motion is opposed.

4921-6883-0294

Respectfully submitted,

SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX  78701-3234
Phone: (512) 495-6300
Fax: (512) 495-6399


By: _____
    Jane Webre
    State Bar No. 21050060
    jwebre@scottdoug.com

CRAIG D. CHERRY
Bar No. 24012419
ccherry@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES, PLLC
7901 Fish Pond Rd., Second Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

CHRISTOPHER S. AYRES,
Bar No. 24036167
csayres@ayreslawoffice.com
R. JACK AYRES, JR.
Bar No. 01473000
rjayres@ayreslawoffice.com
AYRES LAW OFFICE, P.C.
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
972-991-2222 – Phone
972-386-0091 – Fax

2

4936-2047-6238

CHRIS DAVIS
State Bar No. 24050483
cdavis@grayreed.com
GRAY REED
1601 Elm Street, Suite 4600
Dallas, TX 75201
(214) 954-4135—Phone

**Counsel for Appellants**

<u>CERTIFICATE OF SERVICE</u>

I certify that I served this pleading through the electronic filing system on counsel of record on July 16, 2025.

_____
Jane Webre

<u>CERTIFICATE OF CONFERENCE</u>

This afternoon I contacted Hunter Polvi, counsel for Appellee in this appeal, and asked whether Appellee opposed the relief sought through this motion. He told me that he would not answer the question unless I first explained my analysis involved in handling this matter. Because I am unwilling to share my work product and strategic thinking with opposing counsel, I cannot represent whether this motion is opposed or not.

_____
Jane Webre

3

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michaelle Peters on behalf of Jane Webre
Bar No. 21050060
mpeters@scottdoug.com
Envelope ID: 103230731
Filing Code Description: Motion
Filing Description: Motion for Voluntary Dismissal
Status as of 7/17/2025 7:11 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 7/16/2025 5:15:24 PM | SENT |
| Jane Webre | | jwebre@scottdoug.com | 7/16/2025 5:15:24 PM | SENT |
| Luis Garcia | | lgarcia@scottdoug.com | 7/16/2025 5:15:24 PM | SENT |
| Christopher Davis | 24050483 | cdavis@grayreed.com | 7/16/2025 5:15:24 PM | SENT |
| Andrew Sommerman | 18842150 | andrew@textrial.com | 7/16/2025 5:15:24 PM | SENT |
| Jerry Alexander | 993500 | alexanderj@passmanjones.com | 7/16/2025 5:15:24 PM | SENT |
| Craig Cherry | 24012419 | ccherry@cjsjlaw.com | 7/16/2025 5:15:24 PM | SENT |
| Sean McCaffity | 24013122 | smccaffity@textrial.com | 7/16/2025 5:15:24 PM | SENT |
| Christopher Ayres | 24036167 | csayres@ayreslawoffice.com | 7/16/2025 5:15:24 PM | SENT |
| Rowe Ayres | 1473000 | rjayres@ayreslawoffice.com | 7/16/2025 5:15:24 PM | SENT |
| George Quesada | 16427750 | quesada@textrial.com | 7/16/2025 5:15:24 PM | SENT |
| D. HunterPolvi | | polvih@passmanjones.com | 7/16/2025 5:15:24 PM | SENT |

Associated Case Party: D.S.L.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stephanie MacMillan | | macmillans@passmanjones.com | 7/16/2025 5:15:24 PM | SENT |
| Rebecca Neumann | | rneumann@textrial.com | 7/16/2025 5:15:24 PM | SENT |
| Hunter Polvi | | polvih@passmanjones.com | 7/16/2025 5:15:24 PM | SENT |